| PROB 22 (Rev. 2/88) | | DOCKET NUMBERS (Tran. Court) 96-CR-146-01-SM 97-CR-10-01-SM 97-CR-67-01-SM |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | US DISTRICT COURT DISTRICT OF N.H. FILED 2008 FEB 28 A 8:02 DOCKET NUMBERS (Rec. Court) 08-CR-10039 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Frank Merlino One Phipps Street Charlestown, MA 02129 | DISTRICT DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE Honorable Steven J. McAuliffe | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/14/07 | TO 12/13/12 |

OFFENSE

Dkt. #96-CR-146-01-SM: <u>Count I</u>: Bank Fraud, in violation of 18 U.S.C. § 1344(2)
Dkt. #97-CR-10-01-SM: <u>Count I</u>: Making a False Statement on a Bank Credit Card Application, in violation of 18 U.S.C. § 1014
Dkt. #97-CR-67-01-SM: <u>Count I</u>: Use of an Unauthorized Access Device, in violation of 18 U.S.C. § 1029(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 17 2008_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Feb. 15, 2008_
Effective Date

_[signature]_
United States District Judge

MAGISTRATE JUDGE Bowler



**UNITED STATES PROBATION & PRETRIAL SERVICES**
**District of New Hampshire**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 FEB 28   A 8: 02

# MEMORANDUM

| | |
|---|---|
| **DATE:** | February 27, 2008 |
| **TO:** | James R. Starr<br>Clerk of Court |
| **FROM:** | James P. Bernier  JPB  (by JC)<br>Supervising U.S. Probation Officer |
| **RE:** | U.S. v. Frank Merlino<br>96-CR-146-01-SM<br>97-CR-10-01-SM<br>97-CR-67-01-SM |

### Transfer of Jurisdiction

Attached hereto are two original properly executed Probation Forms 22, Transfer of Jurisdiction, authorizing a transfer of jurisdiction of this matter to the District of Massachusetts. Kindly transfer the Court file to the District of Massachusetts at your earliest convenience.

If you have any questions or need further information, please call me.

cc:   USPO Nicole Monteiro, D/MA
      Bonnie Reed, Financial Administrator
      Joanie Hederman, USA-FLU

P.S.  It should be noted that there is an outstanding financial obligation (restitution) in this case.