# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE  03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

March 4, 2008

Clerk
U.S. District Court
1 Courthouse Way
Boston, MA 02110

Re:     NH Case No.:  Criminal No. 96-CR-146-01-SM, US v. Frank Merlino
                     Criminal No. 97-CR-10-01-SM, US v. Frank Merlino
                     Criminal No. 97-CR-67-01-SM, US v. Frank Merlino

        Your Case No.:   08CR10.03.9

   The above case has been transferred to your jurisdiction pursuant to a Transfer of Jurisdiction.

   We enclose the following items:

        Certified copy of the docket sheet
        Certified copies of file documents: Probation 22 Transfer of Jurisdiction,
        Informations, Indictment and Judgments.

   There is an outstanding special assessment and restitution obligation.  A copy of the ledger is enclosed.

   Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

                                        Very truly yours,

                                        James R. Starr, Clerk


                                        By: /s/ Janice G. Bushold
                                            Janice G. Bushold
                                            Deputy Clerk

Enclosures

cc:     Bjorn R. Lange
        Jennifer Davis
        Financial Administrator